UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY PRICE,

    Plaintiff,

v.                                       Case No. 22-10662

UNITED STATES OF AMERICA, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated May 20, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants United States of America, *et al*. and against Plaintiff Jeffrey Price. Dated at Port Huron, Michigan this 20th day of May, 2022.

                                    KINIKIA ESSIX
                                    CLERK OF THE COURT

                                    BY: <u>S/Lisa Wagner</u>

Dated: May 20, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 20, 2022, by electronic and/or ordinary mail.

                                      <u>s/Lisa Wagner                                        </u>/
                                      Case Manager and Deputy Clerk
                                      (810) 292-6522